# United States Court of Appeals
## for the
# Eleventh Circuit

CASE NO.: 20-14805

ESTATE OF IBRAGIM TODASHEV, by HASSAN SHIBLY, as Personal Representative of the ESTATE OF IBRAGIM TODASHEV, and for the Survivors, ABDULBAKI TODASHEVE, Father, and ZULLA TODASHEVA, Mother
Plaintiff/Appellant,

v.

AARON McFARLANE,
Defendant/Appellee.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION
CASE NO.: 6:17cv0919-CEM-DCI

**JOINT STIPULATION TO DISMISSAL OF APPEAL**

JAMES V. COOK, ESQ.
**Law Office of James Cook**
14 West Jefferson Street
Tallahassee, Florida 32301
(850) 222-8080/fax (850) 561-0836
FL Bar No. 966843
cookjv@gmail.com
**Counsel for Appellant**

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1, the following attorneys, persons, firms, partnerships or corporations have an interest in the outcome of this appeal (There are no publicly-traded corporations to declare):

1. Benoit, Gregory P., Esq.;
2. Boynton, Brian M., Acting Assistant Attorney General, Civil Division;
3. Cinelli, Curtis, defendant-appellee;
4. Clevenger, Thania Diaz, Esq.;
5. Cook, James Vernon, Esq.;
6. Corinis, Jennifer Waugh, Assistant United States Attorney;
7. D'Alessio, Jr., C. Salvatore, Acting Director, Civil Division, Torts;
8. Eckhart, Daniel W., former Assistant United States Attorney;
9. Estate of Ibragim Todashev, plaintiff-appellant;
10. Fuchs, Siegmund, Trial Attorney, Civil Division, Torts Branch
11. Gagne, Joel, defendant-appellee;
12. Hopkins, Ralph E., Assistant United States Attorney;
13. Hunt, Joseph H., former Assistant Attorney General, Civil Division;
14. Kelly, Hon. Gregory J., United States Magistrate Judge;
15. Lopez, Maria Chapa, United States Attorney;
16. Mason, Mary Hampton, Esq., Civil Division, Torts Branch;
17. McFarlane, Aaron, defendant-appellee;
18. Mendoza, Hon. Carlos E., United States District Judge;

19. Muldrow, W. Stephen, former Acting United States Attorney;

20. Officer, David J., Esq.;

21. Rafferty, Richard J., Esq.;

22. Ridi, Marisa C., Esq.;

23. Rhodes, David P., Assistant United States Attorney, Appellate Division;

24. Savard, Christopher John, defendant-appellee;

25. Schwartz, Ted, Esq.;

26. Shibly, Hassan, plaintiff-appellant;

27. Shih, Michael, Esq.;

28. Smart, Adam, Assistant United States Attorney;

29. Stern, Mark B., Esq.;

30. Todasheve, Abdulbaki;

31. Todasheva, Zulla;

32. United States of America, defendant-appellee

No publicly traded company or corporation has an interest in the outcome of this appeal.

            Respectfully submitted,    s/JAMES V. COOK
                                                    Florida Bar No. 0966843
                                                    **LAW OFFICE OF JAMES COOK**.
                                                    314 West Jefferson Street
                                                    Tallahassee, Florida 32301
                                                    (850) 222-8080 voice; (850) 561-0836 fax
                                                    cookjv@gmail.com

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| ESTATE OF IBRAGIM TODASHEV,<br><br>    Plaintiff/Appellant,<br>vs.<br><br>AARON McFARLANE<br><br>    Defendant/Appellee. | Eleventh Circuit Case No. 20-14805<br><br>Lower Court Case No.<br>6:17-cv-00919-CEM-CJK |

**JOINT STIPULATION TO VOLUNTARY DISMISSAL OF APPEAL**

The Parties, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, stipulate to the voluntary dismissal of the appeal in the above-styled case with prejudice, all parties to bear their own fees and costs.

Respectfully submitted,

| | |
|---|---|
| **s/MICHAEL SHIH**<br>Attorneys, Appellate Staff<br>Civil Division<br>U.S. Department of Justice<br>950 Pennsylvania Ave. N.W., rm 7268<br>Washington, D.C. 20530<br>(202) 353-6880<br>michael.shih@usdoj.gov | **s/JAMES V. COOK**<br>Florida Bar No. 0966843<br>Law Office of James Cook.<br>314 West Jefferson Street<br>Tallahassee, Florida 32301<br>(850) 222-8080<br>cookjv@gmail.com |

I HEREBY CERTIFY that this document complies with type-volume limitation of Fed.R.App.P. 32(g)(1) and the document does not exceed 543 words.

I HEREBY CERTIFY this document was e-filed and a true copy hereof served electronically on Counsel of Record registered with the Court's electronic filing system, on March 10, 2021.

                                              *s/James V. Cook*